AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

MICHAEL MURPHY,

V.

NATHAN & NATHAN, P.C.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:07cv849 - WKW

TO: (Name and address of Defendant)

Nathan & Nathan, P.C.
P.O. Box 1715
Birmingham, AL 35201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    9/20/07

CLERK                               DATE

(By) DEPUTY CLERK