**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nathan & Nathan, P.C.
   PO Box 1715
   Birmingham AL 35201-1715

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Emily Bates_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Emily Bates
C. Date of Delivery: 9/21

D. Is delivery address different from item 1? ☒ Yes  ☐ No
   If YES, enter delivery address below:
   07CV849
   S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0004 3935 9672

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540