IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL MURPHY, | * |
| Plaintiff, | * |
| v. | *   Case No. 2:07-cv-849-WKW |
| NATHAN & NATHAN, P.C., | * |
| Defendant. | * |

**<u>OFFER OF JUDGMENT</u>**

The defendant, Nathan & Nathan, P.C., offers to allow judgment to be taken against it by the plaintiff for $2,500.00, inclusive of all attorneys' fees, costs and expenses.

DONE this the 21 December 2007.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant Nathan & Nathan, P.C.

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 James D. Patterson, Esq.
 Earl P. Underwood, Jr., Esq.
 Law Office of Earl P. Underwood, Jr.
 P. O. Box 969
 Fairhope, AL 36533

            <u>/s/ Ronald G. Davenport</u>
            OF COUNSEL