IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-849-WKW |
| ) | |
| NATHAN & NATHAN, P.C., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of defendant's Motion to Amend Answer (Doc. # 14), it is ORDERED that the motion is DENIED without prejudice due to the defendant's failure to comply with Rule 15.1 of this district's Local Rules. The defendant may refile a motion to amend with an attached amended answer that is drafted in compliance with the Local Rules.

DONE this 2nd of January, 2008.

　　　　　　　　　　　　　　　　 /s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

.