IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-849-WKW |
| ) | |
| NATHAN & NATHAN, P.C., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the defendant's Motion for Leave to File Amended Answer (Doc. # 16), it is ORDERED that the motion is GRANTED. The defendant shall file electronically an exact duplicate of the Amended Answer attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* by **January 15, 2008.**

DONE this 8th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE