UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL MURPHY, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CASE NO.: 07-849-WKW |
| | § | |
| NATHAN & NATHAN P.C., | § | |
| | § | |
| DEFENDANT. | § | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW MICHAEL MURPHY, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

February 1, 2008        s/ James D Patterson, Esq.
    Date                Counsel Signature

                        Michael Murphy
                        Counsel for (print names of all parties)

                        21 South Section St., Fairhope, AL   36532
                        Address, City, State Zip Code

                        251.990.5558
                        Telephone Number

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**CERTIFICATE OF SERVICE**

I, James D. Patterson, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. 1st class mail on this 1st day of February, 2008, to:

Ronald Davenport
Rushton, Stakely, Johnston & Garrett, P.A.
PO Box 270
Montgomery AL 36101-0270

February 1, 2008                                                s/ James D. Patterson, Esq.
Date                                                                         Signature