UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL MURPHY, | § |
| PLAINTIFF, | § |
| VS. | § CASE NO.: 07-849-WKW |
| NATHAN & NATHAN P.C., | § |
| DEFENDANT. | § |

## STIPULATION FOR DISMISSAL

COMES NOW, Plaintiff, MICHAEL MURPHY, by and through counsel, and hereby stipulates that all claims against Defendant, NATHAN & NATHAN P.C., have been settled on a compromise basis and that the above-styled cause is due to be dismissed with prejudice, with each party to bear its own costs.

Executed as of the 3rd day of April, 2008.

s/ James D. Patterson
**James D. Patterson, Esq.**
Attorney for Plaintiff
Law Offices of Earl P. Underwood, Jr.
PO Box 969
Fairhope AL 36533
Voice:  251.990.5558
Fax:     251.990.0626
jpatterson@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of April, 2008, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Ronald Davenport
Rushton, Stakely, Johnston & Garrett, P.A.
PO Box 270
Montgomery AL 36101-0270

s/ James D. Patterson
**JAMES D. PATTERSON**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL MURPHY, | § § | |
| PLAINTIFF, | § § | |
| VS. | § § | CASE NO.: 07-849-WKW |
| NATHAN & NATHAN P.C., | § § § | |
| DEFENDANT. | § | |

## ORDER OF DISMISSAL

**WHEREFORE**, Plaintiff Michael Murphy filed a Stipulation of Dismissal with Prejudice, it is hereby, **ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff against Defendant Nathan & Nathan P.C., in the above-styled action are hereby dismissed **with** prejudice, each party to bear its own costs.

**DONE AND ORDERED** this _____ day of _____, 2008.

_____
Judge W. Keith Watkins